FILED
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WEI, KUO CHUNG, <br> a/k/a "JOHN WEI," <br><br> Defendant. | Case No.: 07-00013 <br><br> **INDICTMENT** <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a) <br><br> Distribution of a Controlled Substance Within 1000 feet of a School <br> (Counts 1 and 2) |

The Grand Jury charges that:

### COUNT 1
### (Distribution of a Controlled Substance)

On or about April 5, 2007, within the District of the Northern Mariana Islands, Defendant WEI, KUO CHUNG, a/k/a "JOHN WEI," knowingly and intentionally distributed in, on, and within one thousand (1000) feet of the real property comprising a private elementary school, that is, St. Remedio School, a controlled substance, that is, approximately 1.8 grams of methamphetamine hydrochloride, in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1), (b)(1)(C), and 860(a).

10

## COUNT 2
### (Distribution of a Controlled Substance)

On or about April 6, 2007, within the District of the Northern Mariana Islands, Defendant WEI, KUO CHUNG, a/k/a "JOHN WEI," knowingly and intentionally distributed in, on, and within one thousand (1000) feet of the real property comprising a private elementary school, that is, St. Remedio School, a controlled substance, that is, approximately 1.9 grams of methamphetamine hydrochloride, in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1), (b)(1)(C), and 860(a).

DATED this 4th day of May, 2007.

A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
District of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney