# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR-07-00013                                                              May 7, 2007
                                                                         10:55 a.m.

**UNITED STATES OF AMERICA -vs- WEI KUO CHUNG aka JOHN WEI**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           WEI, KUO CHUNG, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE and/or ARRAIGNMENT

Defendant **WEI, KUO CHUNG** appeared with court-appointed counsel, Attorney Loren Sutton. Government was represented by Craig Moore, AUSA.

Perry Lo was present, and sworn, as interpreter/translator of the Mandarin language.

Attorney Sutton stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JUNE 18, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **May 21, 2007.**

Government moved that the defendant be held without bail. No argument from the Defense.

The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 11:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy