# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00013                                                           June 13, 2007
                                                                      9: 00 a.m.

### UNITED STATES OF AMERICA -V- WEI, KUO CHUNG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           WEI, KUO CHUNG, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Loren Sutton.  Government was represented by Craig Moore, AUSA.

Dennis Tse was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY to Counts I and II.**  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

Court ordered an expedited Presentence Investigation Report be submitted by Tuesday, August 14, 2007 and that the **Sentencing hearing be set for Tuesday, September 18, 2007 at 9:00 a.m.**

Government moved to **place the Plea Agreement under seal** until after the sentencing.  No opposition from the Defense.  Court so ordered.

Court remanded the defendant back into the custody of the U.S. Marshal.

Adjourned at 10:10 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy