AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA<br>V.<br><br>Kuo-Chung Wei<br>USMS# 002238-093<br>(Name and Address of Defendant)<br>USMS DETENTION FACILITY 9VL<br>DOC-CNMI, SAIPAN | **SUMMONS IN A CRIMINAL CASE**<br><br>**FILED**<br>**Clerk**<br>**District Court**<br><br>Case Number: CR-01-00123<br><br>**JUN 13 2007**<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room<br>302 |
|---|---|
| | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Wednesday June 27, 2007 at 2:00 p.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision separately filed on June 8, 2007

RECEIVED
JUN 2007
US MARSHALS SERVICE-GUAM

RECEIVED
JUN 11 2007
US MARSHALS SERVICE-GUAM

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 11, 2007
Date

**ORIGINAL**

**RECEIVED**
JUN 10 2007
US MARSHALS SERVICE-CNMI

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me | Date |
|---|---|
| CDUSM CALVERT | 06-13-07 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:  CNMI DOC SUSUPE SAIPAN
CLASSIFICATIONS UNIT
CPT CABRERRA & COII WARNICK

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    06-13-07
              Date

CDUSM J. G. SALAS
Name of United States Marshal   *ACTING
CDUSM W. M. CALVERT  D/NMI
(by) Deputy United States Marshal

Remarks:  PRISONER CURRENTLY IN PRE TRIAL DETENTION. USMS WILL EXECUTE A PRISONER MOVEMENT FROM D/NMI SAIPAN TO D/GU GUAM IN ORDER TO ENSURE THE HEARING IS COMPLETED AS SCHEDULED.

<sup>1</sup> As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.