UNITED STATES DISTRICT COURT
                                  FOR THE
                        NORTHERN MARIANA ISLANDS

*********************************************************************************************

CR- 07-00013-001                                    September 18, 2007
                                                        9:05 a.m.

### UNITED STATES OF AMERICA -v- WEI, KUO CHUNG

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           TINA MATSUNAGA, Courtroom Deputy
           CRAIG MOORE, Assistant U. S. Attorney
           LOREN A. SUTTON, Counsel for Defendant
           WEI, KUO CHUNG, Defendant

PROCEEDING:    SENTENCING

Defendant was present with his counsel, Attorney Loren A. Sutton and his interpreter, Dennis Tse. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Margarita Dlg. Wonenberg.

Court took up matters regarding revocation hearing in CR-07-00023.

Attorney Sutton moved to continue both hearings.

Court granted defendant's Motion to Continue. The Court continued the Sentencing hearing in CR-07-00013 and the Revocation hearing in CR-07-00023 to Tuesday, September 25, 2007 at 9:00 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal.

                        Adj. 9:30 a.m.

                                        /s/ Tina P. Matsunaga, Courtroom Deputy