# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

***

CR- 07-000013-001                                          September 24, 2007
                                                                          2:25 p.m.

**UNITED STATES OF AMERICA -v- WEI, KUO CHUNG**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           MICHELLE MACARANAS, Deputy Clerk
           CRAIG MOORE, Assistant U. S. Attorney
           LOREN A. SUTTON, Counsel for Defendant
           WEI, KUO CHUNG, Defendant

PROCEEDING:     SENTENCING

Defendant was present with his counsel, Attorney Loren A. Sutton. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

This matter was continued to October 24, 2007 at 9:00 a.m.

The defendant was remanded back into the custody of the U.S. Marshal.

Adj. 2:30 p.m.

/s/ Michelle Macaranas, Deputy Clerk