UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 07-000013-001                                    October 24, 2007
                                                     9:25 a.m.

**UNITED STATES OF AMERICA -v- WEI, KUO CHUNG**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           LYNN LEMIEUX, Courtroom Deputy
           CRAIG MOORE, Assistant U. S. Attorney
           LOREN A. SUTTON, Counsel for Defendant
           WEI, KUO CHUNG, Defendant

PROCEEDING:   SENTENCING

     Defendant was present with his counsel, Attorney Loren A. Sutton. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

     Dennis Tse was present as interpreter/translator of the Mandarin language.

     No objection by the government of the presentence report. Counsel for defendant had no objections.

     Court adopted the presentence investigation report and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed. The probation officer's recommendation shall also be placed under seal. No objection by the parties.

     Government moved for a sentence of 46 months and that it be consecutive to his revocation sentence in CR-07-00023. Defense moved for a sentence at the low end of the guidelines.

     Defendant made his allocution.

     SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant **WEI, KUO CHUNG** is hereby sentenced to **46 months** imprisonment as to Count I and 46 months imprisonment as to Count II, both sentences to run concurrent with credit for time served (approximately 156 days). That sentence shall run consecutive to the Revocation sentence in CR-07-00023. Upon release from imprisonment, the defendant is ordered to serve a term of supervised release of six years which will include the following conditions:

Courtroom Minutes
CR-07-000013
USA vs. Wei, Kuo Chung
Sentencing
Page 2 of 2

1. The defendant shall be delivered to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. § 3583 (d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. § 1101. As a further condition of supervised release, if deported, the defendant shall remain outside the United States, and any of its territories and possessions including the Commonwealth of the Northern Mariana Islands, and shall not re-enter without the permission of the Secretary of the Department of Homeland Security. If deportation does not occur and the defendant is released from confinement pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release;

2. The defendant shall not commit another federal, state, or a local crime;

3. The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. He shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Further, the defendant shall submit to a maximum of eight drug tests per month, as directed by the probation officer;

4. The defendant shall submit to a collection of a DNA sample at the direction of the U.S. Probation Office;

5. The defendant shall comply with the conditions of supervision as adopted by this Court;

6. The defendant shall be prohibited from possessing a firearm or other dangerous weapon as defined by federal, state, or local law, or have such weapon where he resides; and

7. The defendant shall complete 300 hours of community service under the direction of the U.S. Probation Office.

  Court ordered that all fines be waived due to the defendant's inability to pay.

  Further, the defendant was ordered to pay a special assessment fee of $200.00.

  No objection to the sentence by the attorneys. Defendant was advised that he had previously waived his right to appeal the sentence in this case but that if he or his attorney find any other reason in which to appeal that he had ten days in which to do so. Further, the defendant was advised of his right to an attorney for appeal and that the Court will appoint an attorney if he could not afford one.

  Defendant was remanded into the custody of the U.S. Marshal.

         Adj. 10:10 a.m.

         /s/ Lynn Lemieux, Courtroom Deputy