F I L E D
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case Nos. 07-00013 |
| ) | 07-00023 |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER REGARDING |
| ) | NOTICES OF APPEAL |
| WEI, Kuo Kung, also known as, ) | |
| "John Wei," ) | |
| ) | |
| Defendant ) | |

On October 24, 2007, defendant appeared in open court with counsel on the above two matters. At the conclusion of the hearing, counsel filed a notice of appeal bearing both case numbers.

In Criminal No. 07-00013, defendant entered into a plea agreement in which he understood that he had waived all right to appeal his sentence, either directly or collaterally. *See* Plea Agreement, p. 7, ¶ 10 (June 12, 2007). Criminal No. 07-00023

AO 72
(Rev. 08/82)

was a revocation hearing which resulted in revocation of defendant's probation and/or supervised release.

Counsel is directed to inform the court in another pleading which case is being appealed, or if it is defendant's intention to appeal both cases.

DATED this 25th day of October, 2007.

_____
ALEX R. MUNSON
Judge