FILED
Clerk
District Court

OCT 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WEI, KUO CHUNG, a/k/a JOHN WEI, <br><br> Defendant | Case No.: 07-00013-001 <br> 07-00023-001 <br><br><br> RESPONSE TO COURT RE NOTICE OF APPEAL |

COMES NOW, Loren A. Sutton, appointed counsel for the Defendant herein and hereby responds to the Court's directive of October 25, 2007.

Although the Defendant was advised that he was waiving his right to appeal in the plea bargain he still instructed me to file the notice. He only wishes to appeal 06-00031-001 and on the grounds that he mentioned in Court, i.e. that by allowing him to come into the CNMI in violation of a condition of probation it is the CNMI's fault that he committed a criminal act. I have also advised him that waiver or not he has no grounds for appeal in my judgment.

1  Respectively submitted on this 26th day of October 2007.

Loren A. Sutton (F0179)