UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 0 5 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10515 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-07-00013-ARM |
| v. | District of the Northern Mariana Islands |
| KUO CHUNG WEI, | ORDER |
| Defendant - Appellant. | |

FILED
Clerk
District Court
DEC 1 0 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellant's motion for voluntary dismissal of this appeal is denied without prejudice to renewal within 21 days accompanied by appellant's written consent to the motion or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

In the absence of a renewed motion, the previously established briefing schedule shall remain in effect.

For the Court:

David J. Vignol/Deputy Clerk
9th Cir. R. 27-7
General Order/Appendix A

S:\MOATT\Clrkords\12-07\dv\07-10515.wpd