**FILED**

JAN 07 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> KUO CHUNG WEI, <br><br> Defendant - Appellant. | No. 07-10515 <br><br> D.C. No. CR-07-00013-ARM <br> District of the Northern Mariana Islands <br><br> ORDER |

F I L E D
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of the declaration of counsel re: appellant's consent to dismiss, dated December 12, 2007.

The declaration of retained counsel Loren A. Sutton, Esq., is construed as a motion for voluntary dismissal. So construed, and for the reasons stated therein, appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

*Peter L. Shaw*
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 07 2008

by: _____
Deputy Clerk

S:\MOATT\Cmshords\1-08\dv\07-10515.wpd