FILED
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>WEI, Kuo Kung, also known as, )<br>"John Wei," )<br>)<br>Defendant )<br>_____ ) | Criminal Case Nos. 07-00013<br><br><br><br>ORDER CLOSING FILE |

BASED UPON the January 7, 2008, order of Appellate Commissioner Shaw of the U.S. Court of Appeals for the Ninth Circuit,

IT IS ORDERED that this file be and hereby is closed. Any and all pending matters are dismissed as moot.

DATED this 22nd day of January, 2008.

_____
ALEX R. MUNSON
Judge